AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Samuel Bishop_
Plaintiff
_Quierra Williams_  v.  _Michael Newman_
_Deputy Pierce_
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, _Samuel Bishop_ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant    • • Other

[P scanned]

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
MAY 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   • No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration _Delaware Correctional Center_

    **Inmate Identification Number (Required):** _068049_

    Are you employed at the institution? _NO_  Do you receive any payment from the institution? ____

    _Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions_

2. Are you currently employed?   • Yes   ☒ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | • Yes | ☒ No |
    | b. | Rent payments, interest or dividends | • Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | • Yes | ☒ No |
    | d. | Disability or workers compensation payments | • Yes | ☒ No |
    | e. | Gifts or inheritances | • Yes | ☒ No |
    | f. | Any other sources | • Yes | ☒ No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  ·· Yes  ✗·No

   If "Yes" state the total amount $ _____0_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ·· Yes  ✗·No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

I declare under penalty of perjury that the above information is true and correct.

5-22-08
DATE

/s/ Samuel Bishop
SIGNATURE OF APPLICANT
Iman R. Malik

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

3 1 2

TO: Iman Malik            SBI#: 006049

FROM:   Stacy Shane, Support Services Secretary

RE:     **6 Months Account Statement**

DATE:   May 5, 2008

**FILED**
MAY 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of November 1, 2007 to April 30, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | 0 |
| Dec | 0 |
| Jan | 0 |
| Feb | 26.94 |
| March | 34.18 |
| april | 24.14 |

Average daily balances/6 months: 14.21

Attachments
CC: File

Stacy Shane
5/5/08

Jeanette L. Howe
5/5/08

Date Printed: 5/5/2008

# Individual Statement
## From November 2007 to December 2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00068049 | Malik | Iman | | | | Beginning Month Balance: | $0.00 |
| Current Location: | 19 | | | | | Ending Month Balance: | $0.00 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($3.02) | $0.00 | 512069 | | INDIGENT 10/30/07 | |
| Supplies-MailPosta | 12/11/2007 | $0.00 | $0.00 | ($3.02) | $0.00 | 526440 | | INDIGENT 12/5/07 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Legal Hold: $0.00

Total Amount Currently on Restitution Hold: $0.00

Total Amount Currently on Other Hold: $0.00

Date Printed: 5/5/2008

**Individual Statement**
**From January 2008 to April 2008**

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $0.00 |
|---|---|---|---|---|---|---|---|
| 00068049 | Malik | Iman | | | | Ending Month Balance: | $8.66 |
| Current Location: | 19 | | Comments: | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 2/8/2008 | $0.00 | ($6.00) | $0.00 | $0.00 | 554038 | | 1/23/08 | |
| Mail | 2/11/2008 | $100.00 | $0.00 | $0.00 | $100.00 | 554523 | 1796928 | 1/23/08 | C BARNES |
| Supplies-MailPosta | 2/14/2008 | $0.00 | $0.00 | ($3.13) | $100.00 | 556352 | | INDIGENT 2/4/08 | |
| Medical | 2/15/2008 | ($6.00) | $0.00 | $0.00 | $94.00 | 557247 | | 1/23/08 | |
| Supplies-MailPosta | 2/15/2008 | ($2.86) | $0.00 | $0.00 | $91.14 | 557529 | | INDIGENT 7/4/07 | |
| Supplies-MailPosta | 2/15/2008 | ($3.02) | $0.00 | $0.00 | $88.12 | 557540 | | INDIGENT 8/1/07 | |
| Supplies-MailPosta | 2/15/2008 | ($2.35) | $0.00 | $0.00 | $85.77 | 557582 | | INDIGENT 9/4/07 | |
| Supplies-MailPosta | 2/15/2008 | ($3.02) | $0.00 | $0.00 | $82.75 | 557630 | | INDIGENT 10/3/07 | |
| Supplies-MailPosta | 2/15/2008 | ($3.02) | $0.00 | $0.00 | $79.73 | 557658 | | INDIGENT 10/30/07 | |
| Supplies-MailPosta | 2/15/2008 | ($3.13) | $0.00 | $0.00 | $76.60 | 557676 | | INDIGENT 2/4/08 | |
| Supplies-MailPosta | 2/15/2008 | ($3.02) | $0.00 | $0.00 | $73.58 | 557696 | | INDIGENT 12/5/07 | |
| Canteen | 2/19/2008 | ($65.67) | $0.00 | $0.00 | $7.91 | 558722 | | | |
| Canteen | 3/4/2008 | ($7.91) | $0.00 | $0.00 | $0.00 | 565220 | | | |
| Canteen | 3/11/2008 | $55.83 | $0.00 | $0.00 | $55.83 | 568556 | | REFUND | |
| Canteen | 3/18/2008 | ($9.76) | $0.00 | $0.00 | $46.07 | 571449 | | | |
| Supplies-MailPosta | 3/24/2008 | $0.00 | $0.00 | ($2.35) | $46.07 | 574251 | | INDIGENT 1/1/08 | |
| Supplies-MailPosta | 3/25/2008 | $0.00 | $0.00 | ($0.58) | $46.07 | 575070 | | 3/4/08 | |
| Supplies-MailPosta | 3/25/2008 | $0.00 | $0.00 | ($0.58) | $46.07 | 575071 | | 3/4/08 | |
| Canteen | 4/1/2008 | ($9.99) | $0.00 | $0.00 | $36.08 | 577685 | | | |
| Supplies-MailPosta | 4/4/2008 | ($0.58) | $0.00 | $0.00 | $35.50 | 580963 | | 3/4/08 | |
| Supplies-MailPosta | 4/4/2008 | ($0.58) | $0.00 | $0.00 | $34.92 | 580964 | | 3/4/08 | |
| Supplies-MailPosta | 4/4/2008 | ($2.35) | $0.00 | $0.00 | $32.57 | 581054 | | INDIGENT 1/1/08 | |
| Medical | 4/10/2008 | $0.00 | ($4.00) | $0.00 | $32.57 | 584871 | | 3/26/08 | |
| Medical | 4/10/2008 | ($4.00) | $0.00 | $0.00 | $28.57 | 584990 | | 3/26/08 | |
| Canteen | 4/15/2008 | ($9.97) | $0.00 | $0.00 | $18.60 | 585673 | | | |
| Canteen | 4/29/2008 | ($9.94) | $0.00 | $0.00 | $8.66 | 593754 | | | |

# Individual Statement
## From January 2008 to April 2008

Date Printed: 5/5/2008

Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00068049 | Malik | Iman | | | Beginning Month Balance: | $0.00 |
| Current Location: | 19 | | Comments: | | Ending Month Balance: | $8.66 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|

Ending Month Balance: $8.66

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00