(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Samuel Bishop__
(Name of Plaintiff)    (Inmate Number)

__1181 Paddock, R.O. Smyrna, Del. 19977__
(Complete Address with zip code)

(2) __Iman R. Malik__
(Name of Plaintiff)    (Inmate Number)

__1181 Paddock RO Smyrna Del. 19977__
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __C/O Quierra Williams__
(2) __Sgt. Michael Newman__
(3) __Deputy Pierce__
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 
: 
: 
: 
: 
: 012
: (Case Number)
: ( to be assigned by U.S. District Court)
: 
: 
: 
: CIVIL COMPLAINT
: 
: Jury Trial Requested
: FILED
: MAY 23 2008
: U.S. DISTRICT COURT
: DISTRICT OF DELAWARE

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Yes, all of my Legal marital was lost by Prison Personnel. and Correctional was lost. by Confiscated Property and Inventoring Property AND TRANSFER To Property Room

Bishop V. Redman, 94-630 Dismissed 6/27/1995
Bishop V. Dickson 99-172 Dismissed 4/18/1999
Bishop V. Hancock 95-229 Dismissed 10/24/1995
Bishop V. Goodrich 95-189 Dismissed 4/22/1994

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? X Yes ・・No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? X Yes ・・No

C. If your answer to "B" is Yes: Conditions of confinement.
   1. What steps did you take? Grievance Complaint Physical Force against me a Prisoner
   2. What was the result? My Complaint is still being investigated

D. If your answer to "B" is No, explain why not: Additional Grievance Information

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: C/O Quierra Williams.
Employed as C/O. at DCC
Mailing address with zip code: Delaware Correctional Center 1181 Paddock RD Smyrna, Del. 19977.

(2) Name of second defendant: SgT. Michael Newman.
Employed as SgT. at DCC
Mailing address with zip code: Delaware Correctional center 1181 Paddock RD Smyrna Del. 19977.

(3) Name of third defendant: Warden Deputy Pierce
Employed as Warden at DCC
Mailing address with zip code: 1181 Paddock RD Smyrna Delaware 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Prisoner Complaint which I'm alleged that Prison Personnel deprived me of my civil rights by failing to disarm a fellow Prisoner inmate. who and while in their custody offer fellow

2. Prisoner had, in his Cell a homemade knife and by failing to restrain him. and find him of the homemade knife and Razor Blade without a handel. I was

3. assaulted had taken place on date 1, 14, 08. allegation of a complaint. Staff See additional documents attach Supplemental pages. To the Complaint.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. For Physical Harm. Pay the cost. of. $ 50,000. Punitive damages. and Sentencing and Punishment. Deliberate Indifference. damage Pay. Cost. $ 50,000. and Court Cost.

3

2. _for substantial risk of harm and condition of confinement and parole. and cruel and unusual punishment. A letter to be sent to my Judge. in Soperior Court. Qualifieing me for Relife._

3. _Provide for Injunction for Protection and Relief, For Serious injury to me, to disregards for harm. and required protection. officials pay cose of all. Harm done to me. entitled all Releied pay to me._

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _5, 22._, 2_08_.

_Samuel Bishop_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

U.S. DISTRICT COURT.

Mr. Samuel Bishop
0068049
1181 Paddock RD
Smyrna Del. 19977.

Civil Complaint

c/o R. Wheelton.
c/o Michael Newman.
c/o R. Martin
c/o Quierra Williams.
c/o L.T. Smith
SGT Peter Forbes.
L.T. Alisa Profaci
Warden Perr Phelps.

Place of Employment and address. All are Employed at THE Delaware Correctional Center. D.C.C. 1181 Paddock R.D. Smyrna Del. 19977. Phone. NO. 302-653-9261

DCC  Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261  

Date: 04/29/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| ender Name : BISHOP, SAMUEL B | SBI# : 00068049 | Institution : DCC |
| grievance # : 157425 | Grievance Date : 04/16/2008 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Resol. Date : |
| Grievance Type: Disciplinary | Incident Date : 04/16/2008 | Incident Time : 04:30 |
| IGC : Dutton, Matthew | Housing Location : Bldg 19, Lower, Tier B, Cell 8, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** The prison deprive me of my liberty and my prisoners rights to safe and conditions and to security from attack by other inmate, I was deprive as a prisoner of my liberty and was retained after imprisonment I was assault by another inmate, and the prison did not conduct investigation of the assault of my disciplinary hearing. There was deliberate in difference and callpensatory, and my eight amendment rights was in results of prison officials disregards of conditions of confinement and to take measures to substantial measures to provide adequate treatment to the defendant. To be house with the SHU inmate the prison was on death row inmate and that were he should of been housed. Deliberate indifference on the part of prison officials disregards an excessive risk to me. On date of 1/14/08. Assaulted by another inmate in the MHU 22 C U12. The prison officials names new of the assault on outline of all of my complaints of the prison officials of confinement in the MHU 22 CU 12. the assault done to me by and other inmate all evident of assault ignored by prison officials and the inmate should of be housed in SNU counselors new of inmate risk of harmed of the inmate defendant might cause other inmates. C/O Quireea Williams, Sgt. Michael Newman, Deputy Warden Pierce, C/O R. Martin, Lt. Smith, Lt. Alisa Profaci, SLT. Peter Forbes, C/O roger Rainey, C/O Dutton, Warden Perry Phelps, STL. Peter Forbes complaint, disciplinary date of 1/14/08. Disciplinary no 1037378. Come to my cell in18 shu shift supervisor. He did not put any of my witness on my behalf names: C/O Quirra Williams, C/O Sgt Michael Newman, Lt. Profaci Alisa C/O R. Martin and Lt. Smith inmate David celly and counsel requested was Mr. Tom Aiello and C/O pod officer R. Whealton front accuser. Lt. Alisa Profaci complaint. Disciplinary date of 1/14/08 disciplinary no 1037378. She came to MHU 22 C and took me to the hospital for treatment and took pictures of my injuries and took my statement and waited tell the Lt. Smith came to the hospital to took with me. Cuts all over my face and hands, lip and Lt. Profaci took pictures of me waited for nurse. Lt. Smith disciplinary No 1037378 complaint. Disciplinary date 1/14/08 disciplinary No 1037378. Lt. Smith came to MHU 22 C was cell by Sgt. Michael Newman. Lt. Smith came to the hospital I took with him and told him I had been assaulted by inmates James Riley and he came into my cell, when chow was called by C/O R. Whealton, I told him I as the inmate to live my cell and he wanted to fight me. Lt. Smith lift me and went to C tier for inmate James Riley and came back to talk with me again. C/O R. Martin complaint. Help C/O Sgt. Michael Newman to inventory my personal property that was confiscated from MHU 22 CU12. My GE Super II radio and headphones and half of my property was missing when I received then 1/28/08 SHU 19 BL 8. I put in a inmate grievance to committee one sheet was missing of my property sheet on date of 4/8/08 I had hearing on grievance. Civil rights by prisoner against a fellow prisoner. The prison personnel the commissioner of corrections and of the common wealth of Wilmington Delaware, the warden and Superintendent of Correctional institution based on the assault allegedly committed by a fellow prisoner, on date of 1/14/08. All allegations are of the complaint and all reasonable inferences of my civil rights, which alleging that prison personnel deprived me of my civil rights by failing to disarm and stop fellow prisoner while in their custody after fellow prisoner had in the prisoner a homemade knife shank a razor blade was found by guards on shakedown C/O Guards Sgt. Newman went to CU 9 and asked inmate James Riley to get dressed and cuff up inmate Riley was escorted to the interview room for holding. A shakedown of CU9 was conducted. During the shakedown a bloody E-crew glove. Because of length of grievance see original would not fit.

**Remedy Requested** : To have my case and complaint investigated by the request of the Warden Mr. Perry Phelps and Deputy Warden Pierce and Major Dave Holman. And the internal affairs unit Mr. Ronnie Drake, Director complaint and a memorandum to parties involved fourteenth Amendment right violation

Page 1 of 4

FORM #584

## GRIEVANCE FORM

FACILITY: DCC       DATE: 4/16/08
GRIEVANT'S NAME: Samuel Bishop   SBI#: 068049
CASE#: _____   TIME OF INCIDENT: 4:30
HOUSING UNIT: SHU-18BL-8   Complaint MHP.22.C.

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES. Disciplinary No. 103738. The prison deprive me of my liberty and my prisoner's rights to safe and conditions and to security from attack by other inmate, I was deprive as a prisoner of my liberty and was retained after imprisonment was assault by another inmate, and the prison, did not conduct investigation of the assault of my Disciplinary Hearing. There was Deliberate Indifference, and compensatory, and my Eighth Amendment

ACTION REQUESTED BY GRIEVANT: To have my case and complaint investigated by the request of the warden Mr. Perry Phelps. And Deputy warden Pierce and Major Dave Holman. And the

GRIEVANT'S SIGNATURE: Samuel Bishop   DATE: 4/16/08

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)  No (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
   GRIEVANT

April '97 REV

2

FORM #584

## GRIEVANCE FORM

**FACILITY:** DCC   **DATE:** 4/16/08

**GRIEVANT'S NAME:** Samuel Bishop   **SBI#:** 068049

**CASE#:** ___   **TIME OF INCIDENT:** 4:30

**HOUSING UNIT:** SHU 19 BL-8   Complaint

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES. Disciplinary No. 1037378. rights was in results of Prison officials disregards of Conditions of confinement and to take measures to substantial measures to provide adequate treatment to the defendant. To be House with the SHU inmates. The Prison was on Death Row inmate. and that were He should of been Housed. Deliberate indifference on the part of Prison officials. disregards an excessive risk to me. on date of 1/19/08.

ACTION REQUESTED BY GRIEVANT: Internal Affairs Unit Mr. Ronnie Drake, Director. Complaint and a memorandum toall parties involved Fourteenth Amendment Right Violation and due Process of Law

**GRIEVANT'S SIGNATURE** Samuel Bishop   **DATE:** 4/16/08

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   No (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

**GRIEVANT'S SIGNATURE:** ___   **DATE:** ___

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

3.

FORM #584

GRIEVANCE FORM

FACILITY: DCC  DATE: 4/16/08

GRIEVANT'S NAME: Samuel Bishop  SBI#: 068048

CASE#: _____  TIME OF INCIDENT: 4:30

HOUSING UNIT: SHU 19 BL-8  complaint.

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES. Disciplinary No. 1037378 assaulted by another inmate in the MHU 22 C u/2. The prison officials names. new of the assault. on out line of all of my complaints. of the prison officials of confinement. In the MHU 22 C u/2. The assault done to me by and other inmate. all evidents of assault ignored by prison officials. and the inmate should of Be Housed in SHU. Couselors new of inmate risk of Harmed of the inmate defendant. might cause other inmates.

ACTION REQUESTED BY GRIEVANT: Civil Rights Act based on a violation of due process clause of Fourteenth Amendment 42. U.S.C.A 1983. A right to Be Secure in his person. I was deprived of liberty without due process of law. I was assaulted in a Detention Facility.

GRIEVANT'S SIGNATURE: Samuel Bishop   DATE: 4/16/08

WAS AN INFORMAL RESOLUTION ACCEPTED? ____(YES) No (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

4

**FORM #584**

**GRIEVANCE FORM**

FACILITY: **D C C**  DATE: **4/16/08**
GRIEVANT'S NAME: **Samuel Bishop**  SBI#: **068049**
CASE#: _____  TIME OF INCIDENT: **4:30**
HOUSING UNIT: **SHU 19 8L-8**   Complaint

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES. **Disciplinary**

| | |
|---|---|
| C/O Quierra Williams | N0. 1037378 |
| Sgt Michael Newman | No 1037378 |
| Deputy Warden Pierce | No 1037378 |
| C/O R. Martin | No 1037378 |
| LT Smith | No 1037378 |
| LT Alisa Profaci | No 1037378 |
| SLT Peter Forbes | No 1037378 |
| C/O Roger Ramey | No 1037378 |
| C/O I. De Duton Matthew | No 1037378 |
| WARDEN PERRY PHELPS | No 1037378 |

ACTION REQUESTED BY GRIEVANT: **not contacted by Hearing officer. I suffered personal injurys and deprivation of constitutional rights, Among other reasons for my being in custody, and 15 days in detention. Causing lost of all FREEDOM Safety.**

GRIEVANT'S SIGNATURE: **Samuel Bishop**  DATE: **4/16/08**

WAS AN INFORMAL RESOLUTION ACCEPTED?   _____ (YES)   **NO** (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

5

FORM #584

GRIEVANCE FORM

**FACILITY:** DCC  **DATE:** 4/16/08

**GRIEVANT'S NAME:** Samuel Bishop  **SBI#:** 068648

**CASE#:** ___  **TIME OF INCIDENT:** 4:30

**HOUSING UNIT:** SHU 19-B L-8   Complaint.

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES. Disciplinary No 10.37378. SLT Peter Forbes. Complaint. Disciplinary. Date of 1/14/08. disciplinary. No. 1037378. Come to my cell in 18. SHU. Shift Supervisor. He did not. Put any of my witness on my Behalf. Names. C/O Quierra williams. C/o Sgt Michael Newman LT. Profaci Alisa C/o R. Martin. and LT. Smith inmate David Celly. and Counsel requested. was. Mr. Tom Aiello. and C/o Pod. officer R. Wheolton. Fontfront accuser.

**ACTION REQUESTED BY GRIEVANT:** Find guilty of all violation. Shift Supervisor on the night of my assault. He did not Put my confront accuser. and my witness requested on my Notices. befor my Disciplinary Hearing date. 1/14/08.

**GRIEVANT'S SIGNATURE:** Samuel Bishop    **DATE:** 4/16/08.

WAS AN INFORMAL RESOLUTION ACCEPTED?  ____ (YES)   No (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

**GRIEVANT'S SIGNATURE:** _____   **DATE:** _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
  GRIEVANT

April '97 REV

FORM #584

GRIEVANCE FORM

FACILITY: DCC        DATE: 4/16/08

GRIEVANT'S NAME: Samuel Bishop     SBI#: 068048

CASE#: _____      TIME OF INCIDENT: 4:30

HOUSING UNIT: SHU. 19 BL-8    Complaint

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES. Disciplinary 1037378. LT Alisa Profaci complaint. Disciplinary Date of 1/14/08 disciplinary No. 1037378. She came to MHU.22C. and Took me To the Hospital for Treatment. and Took Pictures of my injures. and Took my Statment. and waited Tell. the L.T. Smith came to the Hospital To took with me. Cuts all over my face and Hands. lip and L.T. Profaci took Pictures of me. waited for nurse.

ACTION REQUESTED BY GRIEVANT: She was of the Hospital MHU.22.C. To Be Investigated by the Institutional Investigator. She Took Pictures of my assault by inmate. I was retained and sent To Build 18. C. L-9. my STaTo Back.

GRIEVANT'S SIGNATURE: Samuel Bishop    DATE: 4/16/08

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES) NO (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

7

FORM #584

GRIEVANCE FORM

FACILITY: PCC                         DATE: 4/6/08
GRIEVANT'S NAME: Samuel Bishop       SBI#: 068049
CASE#:                                TIME OF INCIDENT: 4:30
HOUSING UNIT: SHU 19 BL-8    Complaint

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES. Disciplinary No. 1037878
LT. Smith Complaint
Disciplinary Date 4/14/08 disciplinary No. 103738. L.T. Smith came to MHU 22.C. was call by Sgt. Michael Newmen. L.T. Smith came to the hospital I took with him and told him I had been assaulted by inmate James Riley and he came into my cell when chow was called by C/o R Wheatton, I told him I as the inmate to live my cell and he wanted to fight me. L.T. Smith lift me and went to C-Tear. for inmate James Riley. and come back to talk with me again.

ACTION REQUESTED BY GRIEVANT: lost of Personal Property Returned. I was deprived of my civil rights to have LT Smith as my confront accuser and be a witness of my injurys. at the hospital and my personal belongings confiscated and lost returned of all of my personal belongings.

GRIEVANT'S SIGNATURE: Samuel Bishop    DATE: 4/6/08

WAS AN INFORMAL RESOLUTION ACCEPTED?  ___(YES)  No (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

8.

FORM #584

## GRIEVANCE FORM

FACILITY: D CC                                    DATE: 4/16/08
GRIEVANT'S NAME: Samuel Bishop          SBI#: 068049
CASE#: _____                          TIME OF INCIDENT: 4:30
HOUSING UNIT: S.H.U. 19-B-L-8         Complaint

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES. Discriptinary No. 1087378.
C/o R. Martin                                     Complaint.
Help C/o Sgt. Michael Newman To Inventory my Personol Property That was Confiscated From M.H.U. 22 C. U12. My XLE Super II Radio and Headphones and Half of my Property was missing when I recived them 1/28/08. S.H.U. 19BL-8. I put in a inmate Grievance to Committee. one sheet was missing of my property sheet. on Date of 4/8/08 I had a Hearing on Grievance.

ACTION REQUESTED BY GRIEVANT: Dive back all Personol belonging that was Inventory by C/o R. Martin. and the SLT. Peter Forbes. Check with Staff To See if I had a Radio and Headphones. and other Personol's. missing. Pay all Cost. of $238.56

GRIEVANT'S SIGNATURE: Samuel Bishop          DATE: 4/16/08.

WAS AN INFORMAL RESOLUTION ACCEPTED? ____(YES)  NO (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

**IF UNRESOLVED YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

9

FORM #584

GRIEVANCE FORM

FACILITY: DCC  DATE: 4/16/08

GRIEVANT'S NAME: Samuel Bishop  SBI#: 068049

CASE#: _____  TIME OF INCIDENT: 4:30

HOUSING UNIT: SHU 19 BL-8  Complaint

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES. Disciplinary 10.87878 Civil rights by prisoner against a fellow prisoner. The Prison Personnel The Commissioner of Corrections and of the Commonwealth of Wilmington Delaware, The Warden & Superintendent of Correctional institution based on the assault allegedly committed by a fellow Prisoner, on Date of 1/14/08. all Allegations are of the complaint and and all reasonable inferences. of MY.

ACTION REQUESTED BY GRIEVANT: An appeal form Requested. I'm deprive of my Fourteenth amendment Rights. Cruel and unusual punishment. Retrain in the maximum security unit. Violation of Charge Not investigated by Commissioner or warden. I went on appeal form. On Requesting an appeal form.

GRIEVANT'S SIGNATURE: Samuel Bishop  DATE: 4/16/08

WAS AN INFORMAL RESOLUTION ACCEPTED?  ___(YES)  No (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

10

FORM #584

**GRIEVANCE FORM**

FACILITY: PCC                    DATE: 4/16/08
GRIEVANT'S NAME: Samuel           SBI#: 068049
CASE#:                            TIME OF INCIDENT: 4:30
HOUSING UNIT: SHU-19 BL-8         Complaint

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES. Disciplinery No.1037378 Civil rights, which allegeing that prison personnel deprived me of my civil rights by failing to disarm and stip fellow prisoner while in their custody after fellow prisoner had in his prisoners a homemade knife shank. A Razor Blad. was found by Dards. on Shakedown. C/O Dards Sgt. Newman went to C.u.g. And Asked inmate James Riley to get dressed and cuff up. inmate Riley was escorted to the

ACTION REQUESTED BY GRIEVANT: Counselor. New that inmate was in the SNU. For. Murder. James Riley. Defendant, perform another assault. and should be disarm by staff. Had a Shank a Razor Blade and cup me on my hand. lift hand. I want equal protection of the Law. from Mr. James Riley. by courts or institution staff
GRIEVANT'S SIGNATURE: Samuel Berkey    DATE: 4/16/08

WAS AN INFORMAL RESOLUTION ACCEPTED? ____(YES) NO (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____     DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

10

FORM #584

GRIEVANCE FORM

FACILITY: DCC    DATE: 4/16/08
GRIEVANT'S NAME: Samuel Bishop    SBI#: 068049
CASE#: _____    TIME OF INCIDENT: 430
HOUSING UNIT: SHU. 19BL8    Complaint.

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES. Disciplinary No 1037378 interview Room For Holding. A shakedown of cu9 was conducted. During the shakedown a bloody E-crew Glove. Bloody Yellow Doc Top with inmate Riley's I.D. Attached Bloody paperwork, and Razor with no blade were Found. Disciplinary No. 1037378. Violation. A shakedown of cu12 was also done, During the shakedown another bloody E-crew Glove was found and bloody sheets. All Evidence was secured by c/o and Reported.

ACTION REQUESTED BY GRIEVANT: I was not giveing a chance To appeal my case to the warden. Disciplinary Report was not mined. For 1/14/08. There was only a shakedown done on me only. My Cell was. not a Health & Safety Fire Hazards.

GRIEVANT'S SIGNATURE: Samuel Bishop    DATE: 4/16/08

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)    No (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

/2.

FORM #584

**GRIEVANCE FORM**

FACILITY: D C C           DATE: 4/16/08
GRIEVANT'S NAME: Samuel Bishop    SBI#: 068088
CASE#: _____          TIME OF INCIDENT: 4:30.
HOUSING UNIT: SHU. 19 B L-8.

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES. Disciplinary No. 1037378 Inmate Samuel Bishop was Sent To SHU. 18. L-9 Isolation For 15 Days. From 1/14/08 To Date of 1/28/08. Then Move To Build. 19. SHU. 19 L-8 on Date of 1/28/08. My counselor name in SHU. 19. B. is Todd Kramer. He come to see and told me I lost Two Levels. Now I'm on Level 2. I had The Level 4. and gave me a Treatment Plan. and my next Classification is Still in September. 08. I am being deprived of my civil Rights.

ACTION REQUESTED BY GRIEVANT: I lost my Cell in MHU. 22. C. u12. I lost my Quality of life Level 4. was Takeing and Classification I was down graded To Level 2. 6 months in SHU. 19. B. all Education Takeing. I want all my Stats Returned. by counselor.

GRIEVANT'S SIGNATURE: Samuel Bishop   DATE: 2/16/08.

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   No (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

## Certificate of Service

I, Samuel Bishop, hereby certify that I have served a true and correct copies of the attached, in the mail, a copy at, in the office of the United States District Court, and a copy to D.C.C Correctional Center, Wilm, Del. a Complaint upon the following parties & persons.

C/o Michael Newman.
C/o R. Martin
C/o Quierra Williams.
Deputy Warden Pierce.
L.T. Smith
L.T Alisa Profaci
C/o IDC Matthew Dutton
SLT. Peter Forbes
C/o Roger Romey
Warden. PERRY PHELPS.
S.L.T Sarges. Hearing officer.

Address is at the
DELAWARE CORRECTIONAL
1181 Paddock RD
Smyrna, Del. 19977.

THE ATTORNEY GENERAL
JOSEPH P. BIDEN III
STATE OF DELAWARE
DEPARTMENT OF JUSTICE
STATE OFFICE BUILDING
820 N. FRENCH STREET
WILMINGTON, DELAWARE
19801-3508.

Date.
5, 22, 08.

Samuel Bishop
068049
1181 Paddock RD
Smyrna, Del. 19977

Mr. Samuel Bishop
SBI# 068049  UNIT SHU-19.B.
**DELAWARE CORRECTIONAL CENTER**
**1181 PADDOCK ROAD**
**SMYRNA, DELAWARE 19977**

TO OFFICE OF THE CLERK
United STATES DISTRICT COURT
844 KING STREET
Wilmington, DELAWARE
19801

Legal Mail