5.22.08    1st

Samuel Bishop
068049
SHU. 19 BL-8
DCC 19977

The Clerk of Court

I am sending in to the court an complaint. If the court orders services of my complaint. would you let me no because DCC Law Library paralegal will not give me U.S. Marshal 285 forms. To service the complaints and the Attorney General. and the defendants. would the Clerk send me copys of 285 U.S. Marshal forms. For each of my person. I name three. and the Attorney General. Copye. I'm sending in all. original and 5 copys. 6 Told

Samuel Bishop
068049
1181 paddock RD
Smyrna Del.
19977.

RECEIVED
MAY 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE