1#

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Samuel Bishop
  Plaintiff
       v.

C/o Querrero Williams
  Defendants

Judge Joseph J. Farnan Jr.

Civil Action
08-312-JJF

## MOTION TO AMENDING TRIAL DATE FOR RECONSIDERATION TO MEMORANDUM OF POINTS AND TO DISMISS THE ORDER PURSUANT TO Federal Rule of Civil Procedure.

The Plaintiff, Samuel Bishop by and through Counsel hereby moves this Honorable Court for an order of dismissal. The Plaintiff states the following.

At all times relevant, the Plaintiff, Samuel Bishop was incarcerated in the Delaware Correctional Center, Smyrna, Del. He had filed a complaint against C/o Querrero Williams and the Defendants in his complaint pursuant to 42. U.S.C. § 1983.

In Support of Plaintiff motion to Dismiss Order.

FILED
JUN 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SAMUEL BISHOP | Civil Action
Plaintiff      | 08-312-JJF

c/o Quierro Williams |
Defendant

MOTION ORDER AMENDING TRIAL DATE.

Plaintiff while incarcerated, has filed more than three civil action that have been dismissed as frivolous or for failure to state a claim upon which relief may be granted as in imminent danger of serious physical injury. Plaintiff Also, a prisoner who is not proceeding in forma pauperis. may file a new civil action or appeal even if that prisoner had three or more dismissals described in 28. U.S.C. 1915.(9.) applying the three strikes rule Keener. V. Pennsylvania of Probation & Parole. 128. F. 3d. 143. 3d. cir 1997. An exception is made to the three strikes rule when the prisoner is in imminent danger of serious physical injury.

also, a prisoner who is not proceeding in forma pauperis may file a new civil action or appeal. Plaintiff Samuel Bishop is a pro see in file for a new action for a complaint brought to this Court as no being frivolous. and can show that there was individual constitutional deprivation and violation of his constitutional right violation. and I was assaulted in the Detention Facility, on date of 1, 14, 08. and the is Hospital Records. To proved my complaint. and C/O Ocierra Williams wrote the report up wrong. I went to C/O Ocierra Williams with a complaint. The inmate trespass in my Room came into my Room had a Razor Blade and cut me. Pictured was taken by Staff C/O Alisa Profaci. I was assaulted. all parties took a part of this complaint. I have proved of my complaint.

IT is well settled that inmates enjoy a Fourteenth Amendment liberty interest in being free from assault from fellow inmates. Curtis v. Everette, 489. F.2d. 516 (3d. Cir. 1973. Smith v. Curtis 416 U.S. 995. 1974.

C/o Quvierra williams & the Defendants. The prison officials violate an inmates. liberty interest. where they demonstrate intentional conduct and deliberate indifference in allowing a prisoner to be assoulted. Id. at. 518. Davidson v. O'Lone, 752. F.2d. 817. 3d. Cir. 1984.

Plaintiff state that if the Defendants. Responded to Rule to Show Couse, issued. The defendants would Show. The Court. the plaint was assaulted in a detention Facility. Davidson v. Cannon. 474. U.S. (344) 1985.

plaintiff lost all personal property. C/o Quvierra williams. lost all my personal.s.

5.

Plaintiff as for extented appeal to the court. To presented my case to the court. I can raised issues on sufficient evidences. To support my case. of abuse of burden of proof beyond a reasonable doubt. eyewitnesses. To the alleged offenses in question. and the Honorable court dismiss the Frivolous. and the Honorable court grant the Plaintiff new civil action or appeal even if that prisoner has three or more dismissels. described. in 28. U.S.C. 1815. of the Kecher v. Pennsylvania. Bd. of Probation & Parole. I was wrote up by C/O Quierra williams a disciplinary Report Show. I did not do a thing only a Shakedown of my Room. cell. 12. only a E-Crew Dlove was found Bloody sheet. only that inmate lift in cell. my cell. She Shakedown. the other inmate. James. Riley. on my Report.

6

I come out of my cell a. 12. Because my lip would not stop bleeding and told C/O Quierra Williams my problem. She told me to go to sick call. Hall and went tell the L.T. Comes for complaint I told her what happen and she told the L.T. and the Shakedown of my House. I was put in isolation confinement for 15 days. them SHU. For 6 months. and the hearing office said to me. You are guilty of fighting and no appeal. Hes hand cuffed. Take him away. I did not have a chance to explain what happen. No witness. even C/O Quierra William and Doctor and Sgt. Newman was there. violation of discrimination against me. By Staff. See Farmer v. Brennan. 511. a.s. 825. 1894.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

Plaintiff Samuel Bishop hereby certify that I have served a true and correct copies of the attached to all parties to the complaint. The plaintiff is asking the court to renew Plaintiff motion for factual records of complaint on the basis of Civil Procedure 59. and that my Plaintiff complaint be granted in favor of Plaintiff of liberty interest and deliberate indifference in allowing. Id. at 5.18. Davidson v. OLone. 752 F.2d. 817. 3d. Cir 1984. MEMORANDUM ORDER BE grant Plaintiffs is challenging condition of my confinement for writ of confinement. Such a claim can only be brought in petition for writ of Habeas corpus and not in a complaint under 42. U.S.C. 1983. Preiser v. Rodriguez. 411 U.S. 475. 500 1973.

In addition I am not guilty of all the defendants. Quierra williams. Disciplinary Report. 1037378. IR. 1049302. Bldg. 22. C. Tier.

Plaintiff is seeking liability under the Eleventh Amendment and the Fourteenth Amendment. See AFFIDAVIT of CORRECTIONAL OFFICER. Documents. Filed by Samuel Bishop and Filed by Staff Quierra williams. Statements made by employees. Plaintiff is asking the Honorable Court grant the ORDER. For. 7, 14, 2008. Plaintiff does not have. $350.00 For. Filing. Fee. Not Be adismissal.

Samuel Bishop 068049.
1181 Paddock RD
Smyrna, Del 19977.

with May. Consent Form



I/M. Samuel Bishop
SBI# 0680449. UNIT SHU-198
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Mr. Judge Joseph J. Farnan. Jr.
Office of The Clerk
U.S. States District Court
844 N. King Street, Lockbox 18
Wilmington, Del. 19801-3570

Legal Mail.