# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

SAMUEL BISHOP
Plaintiff

V.

Quietta Williams.
Defendants.

Case 1:08-CV-312

FILED
JUN 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW SAMUEL BISHOP. Pro Se. and moves this Honorable Court for Appointment of Counsel, to represent Plaintiff.

In support of this motion and per court rule, Plaintiff states that the following is true and correct, to the best of his knowledge and belief.

1. Plaintiff is incarcerated at the Delaware Correctional Center, Smyrna, Delaware 19977. For the last 30 years. 12, 12, 1978.

2. Plaintiff is without funds to pay for attorney. The Plaintiff is INDIGENT.

3. Plaintiff is sending individual statement of six months.

4. Plaintiff is unskilled in the law, and the law library at D.C.C. The State prison where the Plaintiff is being held severely limits inmates to come to the law library, and I am in the S.H.U. maximum security unit. There is no library for me at all. I have to send for my legal material to the law library. and the plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

is not to allowed access to said Law library. access mail once a week only.

5. plaintiff has an, and had been assaulted in the Correctional center by another inmate. and statements made by Disciplinary hearing. and I am asking for Counsel to represent me in this case.

6. plaintiff is haveing problems with seeing my Legal morital, to read my complaints to the court.

7. plaintiff is Fileing motion for leave to proceed in Forma pauperis.

8. Appointment of Counsel would serve the best interests of Justice in this case.

9. please see. LINDH V. HARA. 324 A 2D 84, 94. 1974. GORDON V. LEEKE 574 F 2D 1147, 1152 1153, 1978.

WHEREFORE, plaintiff prays that this Honorable court Grant his motion and Does Appoint Counsel to represent him.

Samuel Bishop
plaintiff pro se
Delaware Correctional center
1181 paddock Road.
Smyrna, Del. 19977.

Case 1:08-cv-00312-JJF    Document 7    Filed 06/13/2008    Page 3 of 3

## Certificate of Service

I, Samuel Bishop, hereby certify that I have served a true and correct cop(ies) of the attached: Defendents. of Complaint Civil District Court 42. U.S.C. upon the following parties/person (s):

TO: %. Pvierra Williams.
Department of Correctional.
1181 Paddock RD
Smyrna, Del.
19977.

TO: Mr. Pierce
Warden.
1181 Paddock RD
Smyrna, Del.
19977.

TO: Sgt. Michael Newman
Department of Correctional
1181 Paddock RD
Smyrna, Del.
19977.

TO: Samuel Bishop
068049
1181 Paddock RD
Smyrna, Del.
19977.

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _____ day of June 6, 10., 200 8

Samuel Bishop