BL8

Date Printed: 6/5/2008

**Individual Statement**
**From December 2007 to June 2008**

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00068049 | Malik | Iman | | | Beginning Month Balance: | $0.00 |
| Current Location: | 19 | | Comments: | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 12/11/2007 | $0.00 | $0.00 | ($3.02) | $0.00 | 526440 | | INDIGENT 12/5/07 | |
| Medical | 2/8/2008 | $0.00 | ($6.00) | $0.00 | $0.00 | 554038 | | 1/23/08 | |
| Mail | 2/11/2008 | $100.00 | $0.00 | ($3.13) | $100.00 | 554523 | 1796928 | | C BARNES |
| Supplies-MailPosta | 2/14/2008 | $0.00 | $0.00 | $0.00 | $100.00 | 556352 | | INDIGENT 2/4/08 | |
| Medical | 2/15/2008 | ($6.00) | $0.00 | $0.00 | $94.00 | 557247 | | 1/23/08 | |
| Supplies-MailPosta | 2/15/2008 | ($2.86) | $0.00 | $0.00 | $91.14 | 557529 | | INDIGENT 7/4/07 | |
| Supplies-MailPosta | 2/15/2008 | ($3.02) | $0.00 | $0.00 | $88.12 | 557540 | | INDIGENT 8/1/07 | |
| Supplies-MailPosta | 2/15/2008 | ($2.35) | $0.00 | $0.00 | $85.77 | 557582 | | INDIGENT 9/4/07 | |
| Supplies-MailPosta | 2/15/2008 | ($3.02) | $0.00 | $0.00 | $82.75 | 557630 | | INDIGENT 10/3/07 | |
| Supplies-MailPosta | 2/15/2008 | ($3.02) | $0.00 | $0.00 | $79.73 | 557658 | | INDIGENT 10/30/07 | |
| Supplies-MailPosta | 2/15/2008 | ($3.13) | $0.00 | $0.00 | $76.30 | 557676 | | INDIGENT 2/4/08 | |
| Supplies-MailPosta | 2/15/2008 | ($3.02) | $0.00 | $0.00 | $73.58 | 557696 | | INDIGENT 12/5/07 | |
| Canteen | 2/19/2008 | ($65.67) | $0.00 | $0.00 | $7.91 | 558722 | | | |
| Canteen | 3/4/2008 | ($7.91) | $0.00 | $0.00 | $0.00 | 565220 | | | |
| Canteen | 3/11/2008 | $55.83 | $0.00 | $0.00 | $55.83 | 568556 | | REFUND | |
| Supplies-MailPosta | 3/18/2008 | ($9.76) | $0.00 | ($2.35) | $46.07 | 571449 | | INDIGENT 1/1/08 | |
| Supplies-MailPosta | 3/24/2008 | $0.00 | $0.00 | ($0.58) | $46.07 | 574251 | | 3/4/08 | |
| Supplies-MailPosta | 3/25/2008 | $0.00 | $0.00 | ($0.58) | $46.07 | 575070 | | 3/4/08 | |
| Supplies-MailPosta | 3/25/2008 | $0.00 | $0.00 | $0.00 | $46.07 | 575071 | | | |
| Canteen | 4/1/2008 | ($9.99) | $0.00 | $0.00 | $36.08 | 577685 | | | |
| Supplies-MailPosta | 4/4/2008 | ($0.58) | $0.00 | $0.00 | $35.50 | 580963 | | 3/4/08 | |
| Supplies-MailPosta | 4/4/2008 | ($0.58) | $0.00 | $0.00 | $34.92 | 580964 | | 3/4/08 | |
| Supplies-MailPosta | 4/4/2008 | ($2.35) | $0.00 | $0.00 | $32.57 | 581054 | | INDIGENT 1/1/08 | |
| Medical | 4/10/2008 | $0.00 | ($4.00) | $0.00 | $32.57 | 584871 | | 3/26/08 | |
| Medical | 4/10/2008 | ($4.00) | $0.00 | $0.00 | $28.57 | 584990 | | 3/26/08 | |
| Canteen | 4/15/2008 | ($9.97) | $0.00 | $0.00 | $18.60 | 585673 | | | |
| Canteen | 4/29/2008 | ($9.94) | $0.00 | $0.00 | $8.66 | 593754 | | | |
| Canteen | 5/13/2008 | ($8.37) | $0.00 | $0.00 | $0.29 | 601770 | | | |
| Supplies-MailPosta | 5/16/2008 | $0.00 | $0.00 | ($0.42) | $0.29 | 604548 | | 5/14/08 | |
| Supplies-MailPosta | 5/16/2008 | $0.00 | $0.00 | ($1.85) | $0.29 | 604612 | | 5/13/08 | |
| Supplies-MailPosta | 5/19/2008 | ($0.29) | $0.00 | ($0.13) | $0.00 | 605000 | | 5/14/08 | |

FILED JUN 13 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

# Individual Statement
## From December 2007 to June 2008

Date Printed: 6/5/2008                                                                                     Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00068049 | Malik | Iman | | | Beginning Month Balance: | $0.00 |
| Current Location: | 19 | | Comments: | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 5/29/2008 | $0.00 | $0.00 | ($2.60) | $0.00 | 609806 | | 5/22/08 | |

Ending Month Balance:        $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($4.58)