Samuel B. Bishop
plaintiff
V
Quierra Williams.
Defendants

Case. No. 1:08-CV-312

Samuel Bishop
SBI #068049
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

FILED
JUN 1 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Judge. Mr. Joseph J. Farnan Jr.

I would like to process the civil complaint in the District Court for the State of Delaware. U.S. Department of Justice. United States Marshals Service. For the defendants of this case. Quierra Williams. Sgt. Michael Newman. and the Deputy Pierce. The prison won't sent me the U.S. Marshals Forms. USM.285. and one for the Attorney General of the District Court of Wilmington. Delaware. Would the Court send me the three US Marshal Forms. For my complaint. USM.285. AND the District Attorneys Name.

6, 6, 08.

Samuel Bishop
068049.
D.C.C. 19977.

Samuel Beatty
SBI# 06504 UNIT SHU19B
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

The Judge Joseph J. Farnon Jr.
office of the Clerk M.S.W.
United State District Court
844 N. King St. Lockbox 18
Wilmington, Del.
19801-3570