JTVCC James T. Vaughn Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No: 302-653-9261

Date: 07/08/2008

FILED

JUL 14 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

7, 9, 08

/st.

Samuel B Bishop
1181 Paddock RD
Smyrna Del.
Farmon. 19977

The Honorable Joseph J.
Case. Civil Action No. 08.-312. JJF.
The OPINION AND ORDER. The T.
Samuel Bishop. V. %o Quierra williams.
Defendant. A motion For. Reconsideration
and Denyed. plaintiff has. Still.
lest then 3 o days. Set Deadlines.
Notice of Compliance deadline Set
For. 7, 31, 2008. Signed by Judge Joseph
J. Farnan. Jr. 7, 1, 2008.
plaintiff. For. Reconsideration To
ask the court. on my. Document.
Fild. January. 14, 2008. Be again
reviewed by the court. For.
Not To Be dismissed. because it
is not. Frivolous, and I asked
For. leave To proceed IN forma
pauperis. while incarcerated.
brought a civil action in the
federal court of wilmington
Delaware. The Reconsideration
is based on. I was threatened by the
defendant, and has been assaulted. by
defendant. and es a serious of physical
injurys to my Face. my eye lift eye
serious injuryed. I can't see

in my lift eye. by being hit in the lift side of my face and the medical staff at the Delaware Correctional center, in Smyrna, Del. Took pictures of my face, and I an asking the court. To investigate. my medical services. at DCC Hospial. I an still suffering. I am still being unprovoked assault by prison personnel, which I am still being in imminent danger. By my being assinged to meximum security unit. I am in fear of my life. especially becouse the defendant said that the next time he would kille me. that was a threat to my life. my physical injuries and assoult was unprovoked Read my complaint. my complaint states a claim under the Eighth Amendment, which prohibits the inflection of cruel and unusual punishment see u.s. const. amend. VIII. the Amendment. while imprisoned williams v. Benjomin, 77 F. 3d. 756, 761. 4th. Cir. 1996. and see wilson. v state. setter 501. us. 294, 298. 111. S. Ct 2326. 115. L. Ed. 2d. 271. 1991. the prison basic human need was serious and that officeals acted with a sufficiently culpable

The STete basic so call reason for there part in allegeation was That they had. Find me with a Disciplinary. I went To Them an they handle my case wrong. 1637378.th Read the Viole Tion. IR. 1048300. Approved by LT. Peter Forbes. and deTailed. under unprovoked assault. resulTing in serrious physical injuries. and threetened by the defendant. with severe bodily harm. and I'm in an aTMosphere of consTanT fear in which I never Know when the next Violent assault May occer. I an all so in outlaws excessive sentences but also protects Me from inhumane Treatment and conditions. while imprisoned. I am asking the Court. remand my case. and Be permitted To proceed withouT prespyment of fees.

Sincerely

Samuel Bishop
068049.
DCC

I/M Samuel Bishop

SBI# 068049 UNIT MHU 21 O

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977



WILMINGTON D

11 JUL 2008

Honorable Joseph J. Farnan

Judge office of the Clerk

United States District Court

844 N. King Street Lockbox 18.

Wilmington Del. 19801. 3570.

Legal Mail.

1:35704:3570